

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| JOHN YODER and CLAIRE YODER | § |
| | § |
| V. | §  CIVIL ACTION NO. H-23-0083 |
| | § |
| CLEVELAND STEEL CONTAINER CORP., ET AL. | § |

**NOTICE OF RE-SETTING**

This case has been **RESET** for the following before Senior United States District Judge Sim Lake:

**DOCKET CALL**

Date:        June 13, 2024

Time:        2:30 p.m.

Place:       By Telephone
             **(The Court will initiate the call)**

To:          All Parties of Record


For inquiries regarding the above setting please contact:


Sheila R. Anderson,
Case Manager for
Senior United States District Judge Sim Lake


sheila_r_anderson@txs.uscourts.gov

June 10, 2024